IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BERNARD CHARLES SEIDLING,

   Appellant,

    v.

JAMES V. BLOCK,

   Appellee.

ORDER

Case No. 26-cv-256-jdp

Appellant Bernard Seidling has appealed a February 24, 2026, order of the Bankruptcy Court. However, appellant has not paid the $298 appeal fee, nor has appellant requested leave to proceed without prepayment of the fee. For this case to proceed, appellant must prepay the $298 appeal fee or submit a properly supported motion for leave to proceed without prepayment by May 8, 2026.

A motion for leave to proceed without prepayment must be accompanied by an affidavit of indigency and a certified copy of appellant's inmate trust fund account statement for the six-month period immediately preceding the filing of the appeal. *See* 28 U.S.C. § 1915(a)(2).

ORDER

IT IS ORDERED that appellant Bernard Charles Seidling may have until May 8, 2026, to pay the $298 appeal fee to the U.S. Bankruptcy Court for the Western District of Wisconsin or submit a motion for leave to proceed without prepayment of the appeal fee along with an affidavit of indigency and a certified copy of his inmate trust fund account statement.

Entered this 24th day of April, 2026.

BY THE COURT:

_____/s/_____
ANDREW WISEMAN
U.S. Magistrate Judge

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

_____

_____

Full name of appellant(s)


            v.                                    Case No. 26-cv-256-jdp


_____

Full name of appellee(s)

_____

### PRISONER REQUEST TO PROCEED IN DISTRICT COURT
### WITHOUT PREPAYING THE FULL FILING FEE
_____

Answer the following questions to the best of your ability.
**Note**: If you do not tell the truth, the court may dismiss your lawsuit.

I.      **Personal Information**

1)      Your name: _____

        (a)     State the place of your incarceration and provide your prisoner
                identification number:


                _____   _____
                           (place)                              (number)

        (b)     Are you employed at the institution?        ☐Yes        ☐ No

        (c)     Do you receive any payment from the institution?   ☐Yes        ☐ No

**Attach a printout of your prison trust account statement showing transactions for the
six-month period immediately preceding the filing of this request and showing the
current balance of your account.**

2) Do you have any dependents that you are responsible for supporting?

☐ Yes    ☐ No

If "yes," list them below.

| Name or initials (for minor children only) | Relationship to You | Age | Amount of Support Provided per Month |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| _____ | _____ | _____ | $_____ |
| _____ | _____ | _____ | $_____ |

**II.     Property or Assets:** - If you are married, your answers must *include your spouse's property.*

1 ) Do you own a car?

☐ Yes    ☐ No                    If "yes," list the car(s) below:

| Make and Model | Year | Approximate Current Value |
|---|---|---|
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |

2) Do you own your home(s)?          ☐ Yes    ☐ No

If "Yes," state the approximate value(s). $ _____

What is the amount of equity (assessed value of residence minus outstanding mortgage balance) in the home(s)?          $ _____

3) Do you have any cash or checking, savings, or other similar accounts?
☐ Yes    ☐ No

If "Yes," state the total of such sums.     $ _____

4)    Do you own any other property of value, such as real estate, stocks, bonds, trusts, or individual retirement accounts (e.g., IRA, 401 k), artwork, or jewelry?

☐ Yes          ☐ No

If "Yes," describe the property and the approximate value(s).

_____

_____

### III.    Litigation History

For each federal lawsuit that you recall having filed, list as much of the following information that you remember about each case: The name of the case (that is, the plaintiffs and the defendants), the case number or year of filing, and the federal district in which you filed the case. Use more paper if needed.

| Case Name (Plaintiffs and defendants) | Case number (or year of filing) | Federal district |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**IV.**     <u>**Other Circumstances**</u> - Describe any other financial circumstance(s) that you would like the court to consider when reviewing this petition.

_____

_____

_____

_____

_____

_____

I, _____, declare that I am the plaintiff bringing this complaint. I declare that I am unable to prepay the full filing fee and that I am entitled to the relief sought in the complaint.

_____        _____

Date                                 **Signature** - **Signed Under Penalty of Perjury**